Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This Document Relates to: | ) |
| | ) |
| *Donald Whitman, et al. v. Pfizer Inc* <br> (06-1350 CRB) | ) **MDL NO. 1699** <br> ) **District Judge:  Charles R. Breyer** |
| | ) |
| *Mildred Hance v. Pfizer Inc, et al.* <br> (06-1718 CRB) | ) |
| | ) |
| *William Lopez, et al. v. Astra Merck, Inc., et al.* <br> (06-2621 CRB) | ) **STIPULATION AND ORDER OF** <br> ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| *Rafaela Roman Velez, et al. v. Astra Merck, Inc., et al.* <br> (06-2649 CRB) | ) |
| | ) |
| *Luis R. Carrion Velez, et al. v. Astra Merck, Inc., et al.* <br> (06-2658 CRB) | ) |
| | ) |
| *Teresita Falcon Matos, et al. v. Astra Merck, Inc., et al.* <br> (06-2660 CRB) | ) |
| | ) |
| *Ronny Maria Sanders, et al. v. Pfizer Inc* <br> (06-2681 CRB) | ) |
| | ) |
| *Lori Sargent et al. v. Pfizer Inc* <br> (06-3675 CRB) | ) |
| | ) |
| *James Hall, et al. v. Pfizer Inc* <br> (06-3676 CRB) | ) |
| | ) |
| *John Hayhurst v. Pfizer Inc, et al.* | ) |

-1-

EASTW2581180.1

| | |
|---|---|
| 1 | (06-3758 CRB) |
| 2 | *Bill Casillas, et al. v. Pfizer Inc, et al.* (06-3958 CRB) |
| 3 | |
| 4 | *Patricia Knudsen v. Pfizer Inc, et al.* (06-4043 CRB) |
| 5 | *Betty Moncrief, et al. v. Pfizer Inc, et al.* (06-4100 CRB) |
| 6 | |
| 7 | *Annette Edelen, et al. v. Pfizer Inc, et al.* (06-4147 CRB) |
| 8 | *Debbie Mitchell v. Pfizer Inc, et al.* (06-4296 CRB) |
| 9 | |
| 10 | *Joseph Gastaldi, et al. v. Pfizer Inc, et al.* (06-4362 CRB) |
| 11 | *Demetrio Rubio v. Pfizer Inc, et al.* (06-4449 CRB) |
| 12 | |
| 13 | *Earlene McBride, et al. v. Pfizer Inc, et al.* (06-4462 CRB) |
| 14 | *Louis Walkingstick, et al. v. Pfizer Inc, et al.* (6-4463 CRB) |
| 15 | |
| 16 | *Virginia Thorne v. Pfizer Inc, et al.* (06-4464 CRB) |
| 17 | *Rojelio Longoria, et al. v. Pfizer Inc, et al.* (06-4586 CRB) |
| 18 | |
| 19 | *Annie White, et al. v. Pfizer Inc, et al.* (06-4678 CRB) |
| 20 | *Martha Stevens, et al. v. Pfizer Inc, et al.* (06-4920 CRB) |
| 21 | |
| 22 | *Janette Smith v. Pfizer Inc, et al.* (06-4977 CRB) |
| 23 | *Roselie Atkins, et al. v. Pfizer Inc, et al.* (06-5272 CRB) |
| 24 | |
| 25 | *Dawna Garza v. Pfizer Inc, et al.* (06-5416 CRB) |
| 26 | *Ralph Adams, et al. v. Pfizer Inc, et al.* (06-5591 CRB) |
| 27 | |
| 28 | *Albert Leong v. Pfizer Inc, et al.* (06-5666 CRB) |

-2-

1

*Catherine Connolly, et al. v. Pfizer Inc, et al.*
2   (06-5738 CRB)

3   *Randy Masker, et al. v. Pfizer Inc, et al.*
    (06-5739 CRB)
4
    *Charlie Rhome, et al. v. Pfizer Inc, et al.*
5   (06-5740 CRB)

6   *Paulette Balda, et al. v. Pfizer Inc, et al.*
    (06-5765 CRB)
7
    *William Halpin, et al. v. Pfizer Inc, et al.*
8   (06-5777 CRB)

9   *Patricia Howard, et al. v. Pfizer Inc, et al.*
    (06-5916 CRB)
10
    *Alice Ryan, et al. v. Pfizer, Inc, et al.*
11  (06-5917 CRB)

12  *William Coleman, et al. v. Pfizer Inc, et al.*
    (06-5918 CRB)
13
    *Monica Mittag, et al. v. Pfizer Inc, et al.*
14  (06-5919 CRB)

15  *Cynthia Smith, et al. v. Pfizer Inc, et al.*
    (06-5963 CRB)
16
    *John Roof v. Pfizer Inc, et al.*
17  (06-5964 CRB)

18  *Lynda Jack, et al. v. Pfizer Inc, et al.*
    (06-5965 CRB)
19
    *Ernest Grant v. Pfizer Inc, et al.*
20  (06-5970 CRB)

21  *Alice L. Pettit, et al. v. Pfizer Inc, et al.*
    (06-5973 CRB)
22
    *Wade Smith, et al. v. Pfizer Inc, et al.*
23  (06-5975 CRB)

24  *Richard Gilmore, et al. v. Pfizer Inc, et al.*
    (06-5977 CRB)
25
    *Sergio Estrada v. Pfizer Inc, et al.*
26  (06-5978 CRB)

27  *John Vallee, et al. v. Pfizer Inc, et al.*
    (06-5981 CRB)
28

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\25811180.1

1  *Betty Scott, et al. v. Pfizer Inc, et al.*   )
   (06-5983 CRB)                                  )
2                                                 )
   *Norman Hamblen, et al. v. Pfizer Inc, et al.* )
3  (06-6058 CRB)                                  )
                                                  )
4  *Dennis Johns, et al. v. Pfizer Inc, et al.*   )
   (06-6059 CRB)                                  )
5                                                 )
   *Marion Walker, et al. v. Pfizer Inc, et al.*  )
6  (06-6060 CRB)                                  )
                                                  )
7  *Bessie R. Jackson-Cook v. Pfizer Inc, et al.* )
   (06-6061 CRB)                                  )
8                                                 )
   *Mary Gonzales, et al. v. Pfizer Inc, et al.*  )
9  (06-6062 CRB)                                  )
                                                  )
10 *Melvin Kenney, et al. v. Pfizer Inc, et al.*  )
   (06-6064 CRB)                                  )
11                                                )
   *Carol Pellini, et al. v. Pfizer Inc, et al.*  )
12 (06-6065 CRB)                                  )
                                                  )
13 *Antonio Pratts v. Pfizer Inc, et al.*         )
   (06-6066 CRB)                                  )
14                                                )
   *Mark Childs v. Pfizer Inc, et al.*            )
15 (06-6067 CRB)                                  )
                                                  )
16 *Mary Helen Johnson, et al. v. Pfizer Inc, et al.* )
   (06-6068 CRB)                                  )
17                                                )
   *James E. Garver, et al. v. Pfizer Inc, et al.* )
18 (06-6070 CRB)                                  )
                                                  )
19 *Tiffany R. Noell, et al. v. Pfizer Inc, et al.* )
   (06-6071 CRB)                                  )
20                                                )
   *Beth Lehnan, et al. v. Pfizer Inc, et al.*    )
21 (06-6073 CRB)                                  )
                                                  )
22 *Sharon Payne, et al. v. Pfizer Inc, et al.*   )
   (06-6075 CRB)                                  )
23                                                )
   *Nancy Harsh, et al. v. Pfizer Inc, et al.*    )
24 (06-6083 CRB)                                  )
                                                  )
25 *Dennis Yeager, et al. v. Pfizer Inc, et al.*  )
   (06-6084 CRB)                                  )
26                                                )
   *Lynda Jack, et al. v. Pfizer, Inc, et al.*    )
27 (06-6087 CRB)                                  )
                                                  )
28 *Fred Hardee, et al. v. Pfizer Inc, et al.*    )

-4-

EASTW2581180.1

| | |
|---|---|
| 1 | (06-6088 CRB) |
| 2 | *Lynn Hodges, et al. v. Pfizer Inc, et al.*<br>(06-6089 CRB) |
| 3 | |
| 4 | *Willie Vaughn v. Pfizer Inc, et al.*<br>(06-6092 CRB) |
| 5 | *Pauline Swihart, et al. v. Pfizer Inc, et al.*<br>(06-6093 CRB) |
| 6 | |
| 7 | *Douglas Horton v. Pfizer Inc, et al.*<br>(06-6094 CRB) |
| 8 | *June N. Bell v. Pfizer Inc, et al.*<br>(06-6095 CRB) |
| 9 | |
| 10 | *Jerry Rice, et al. v. Pfizer Inc, et al.*<br>(06-6096 CRB) |
| 11 | *Stephen Bryan, et al. v. Pfizer Inc, et al.*<br>(06-6097 CRB) |
| 12 | |
| 13 | *Steven Woods, et al. v. Pfizer Inc, et al.*<br>(06-6098 CRB) |
| 14 | *Brad Lovitt, et al. v. Pfizer Inc, et al.*<br>(06-6116 CRB) |
| 15 | |
| 16 | *April Froehlich, et al. v. Pfizer Inc, et al.*<br>(06-6117 CRB) |

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

each side bearing its own attorneys' fees and costs.

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

DATED: 10-29, 2009        By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009        By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **NOV 1 3 2009**        _____
Hon. Charles R. Breyer
United States District Court

-6-